Cynthia Kitchens v. The Boeing Company
Case No. 2:16-cv-03723-RMG-MGB
DEFENDANT THE BOEING COMPANY'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING
MEMORANDUM

# EXHIBIT "B"

## HANDWRITTEN NOTE AND E-MAIL RESIGNATION OF CYNTHIA KITCHENS

## CONFIDENTIAL INFORMATION SUBMITTED TO THE COURT IN CONNECTION WITH CONFIDENTIALITY ORDER FILED ON 1/06/17