Cynthia Kitchens v. The Boeing Company
Case No. 2:16-cv-03723-RMG-MGB
DEFENDANT THE BOEING COMPANY'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM

# EXHIBIT "D"

## EXCERPTS FROM THE DEPOSITION OF STEPHEN PARRINELLO

```
 1           IN THE UNITED STATES DISTRICT COURT
                DISTRICT OF SOUTH CAROLINA
 2                 CHARLESTON DIVISION

 3   CYNTHIA KITCHENS,

 4        Plaintiff,

 5        vs.             CASE NO. 2:16-cv-03723-RMG-MGB

 6   THE BOEING COMPANY,

 7        Defendant.

 8

 9   DEPOSITION OF:      STEPHEN PARRINELLO

10   DATE:               August 4, 2017

11   TIME:               11:51 AM

12   LOCATION:           Nexsen Pruet
                         205 King Street, Suite 400
13                       Charleston, SC

14   TAKEN BY:           Counsel for the Plaintiff

15   REPORTED BY:        MARIE H. BRUEGGER, Registered
                         Professional Reporter, CRR
16

17

18

19

20

21       A. WILLIAM ROBERTS, JR., & ASSOCIATES

22            Fast, Accurate & Friendly

23   Charleston, SC    Hilton Head, SC   Myrtle Beach, SC
     (843)722-8414     (843)785-3263     (843)839-3376
24
     Columbia, SC      Greenville, SC    Charlotte, NC
25   (803)731-5224     (864)234-7030     (704)573-3919
```

Kitchens, Cynthia v.  Stephen Parrinello
Boeing Company  August 04, 2017

32

1  developing and working with your peers and your
2  personnel that work for you and making sure they
3  understand what we're supposed to be doing,
4  motivating them, making sure that they understand
5  the day-to-day issues.
6        Q.    And not recognizing the form, but you
7  do recognize all the comments as your comments,
8  correct?
9        A.    Yes, ma'am, uh-huh.
10             (Plaintiff's Exhibit 19, 2014
11  Performance Management Document, was marked for
12  identification.)
13  BY MS. HUNT:
14        Q.    She's handing you what's been marked
15  as No. 19, and it's the same form as the other
16  one, but do you recognize any of the comments as
17  your comments in this document also?
18        A.    Yes, ma'am, they are my comments.
19        Q.    And if you look at Page 12, under
20  Charts the Course, you gave her a two for
21  opportunity for improvement?
22        A.    Uh-huh.
23        Q.    And why did you give her a two in that
24  area?
25        A.    Because at the time we were having a

33

1  lot of problems with her and -- because when I was
2  actually doing these, I actually asked for
3  feedback from her customers, the production
4  people, and they communicated to me that they were
5  having problems with Cindy working with them, and
6  when there was a problem, that she wouldn't try to
7  find a way and work out with them and everything
8  like that.  Her team also had the lowest number of
9  quality buyoffs than any other team on the site.
10       Q.   And what is a quality buyoff?
11       A.   That is actually what a quality
12  technician does is they actually go out, and once
13  the production has built the airplane, quality
14  technicians would go out and do the buyoffs for
15  the --
16       Q.   And explain to me what exactly that
17  is.
18       A.   So if a mechanic, say, filled this cup
19  with water, a quality technician would make sure
20  that the cup was filled where the engineering said
21  it should be filled to, it wasn't too much, not
22  enough, and then they would actually buy it off to
23  say it met engineering intent.
24       Q.   And if you'll look at Page 15 of that
25  document.

1    A.    Yes, ma'am.

2    Q.    Under Delivers Results, you also gave
3 her a two there. Why did you give her a two
4 there?

5    A.    Again, this was because she was not
6 following up on actions she was given, so,
7 therefore, we didn't know -- there would be
8 several times that I would come in in the morning,
9 and I would have to go and do research to find out
10 if there were things that were completed or they
11 weren't completed.

12         I always -- my expectation, as I tell
13 all my managers, is that if I give them a task, I
14 expect feedback. Even if they can't complete it,
15 that they would tell me: Sorry I couldn't
16 complete this. This is why. But she would not
17 communicate with me. She would not send me emails
18 to say, yes, this is done, or it's not done, or it
19 needs to be followed up on or anything like that.

20         And again, this partially would also
21 be to do with her team not meeting the
22 expectations of the rest of the teams.

23    Q.    And in 2014, did you ever address with
24 human resources about giving her a performance
25 improvement plan?

35

1       A.    Yes, I did.

2       Q.    And what was that?

3       A.    That was just prior to me finding out
4  that I was going to final assembly, and we were
5  advised that we shouldn't be doing that and that
6  Ron would do that because -- or no.  Sorry.  Rocky
7  would have to do that, because, obviously, he'd
8  have to see how she performed under him.

9             We don't like to give a performance
10 improvement plan that the manager -- the same
11 manager that issues it doesn't get to follow up
12 with it.  It's not fair on the manager, and it's
13 not fair on the employee.

14      Q.    And sitting here today, during that
15 last time that you supervised Ms. Kitchens, how
16 often would you say you met with her to discuss
17 performance issues?

18      A.    I would say probably at least once a
19 month.  I mean, there would be the odd occasion
20 where we couldn't, but it was usually monthly.

21      Q.    And during that year, other than the
22 issues that you've already talked about, can you
23 think of any of her other employees that ever made
24 a complaint regarding her?

25      A.    No, ma'am, not that I know of, no,

Kitchens, Cynthia v.  
Boeing Company

Stephen Parrinello  
August 04, 2017

36

```
 1   ma'am.
 2        Q.   And did you have any issues with --
 3   let me rephrase that.
 4             When you were in mid body, were you
 5   the manager that ended up dealing with the Tracy
 6   Darnell issues?
 7        A.   Yes, ma'am, I was.  Myself and --
 8   because I was Cindy's manager, and Sue Heitkamp
 9   was Tracy's manager, who is my peer.  Sue
10   Heitkamp's my peer.
11        Q.   And what happened at the end of that
12   process with those issues between her and Tracy?
13        A.   As far as when --
14        Q.   As far as you know, did they resolve?
15        A.   I know that when we completed with HR,
16   we actually sat down with HR, and when we gave
17   each one of them a verbal warning, they were --
18   they shook hands, they were fine, they said we'll
19   work it out, and I never had any more issues.  But
20   I will say that I believe that Tracy Darnell was
21   moved to a different cell at the time, very, very
22   soon after all this happened.
23        Q.   Were you supervising Ms. Kitchens when
24   she went out on medical leave?
25        A.   Just the last time, just for like the
```

Kitchens, Cynthia v.  
Boeing Company

Stephen Parrinello  
August 04, 2017

39

STEPHEN PARRINELLO - EX. BY MS. CHERRY

1    PIP to an employee before?

2        A.    No.

3        Q.    And I want to make sure I heard,
4    though, did you have discussions about issuing a
5    PIP to Ms. Kitchens?

6        A.    With Mr. Pentz?

7        Q.    No, with --

8        A.    Yes, with HR, yes, I did.

9        Q.    And about you issuing a PIP to
10   Ms. Kitchens?

11       A.    Yes, ma'am, I did.

12       Q.    And as I understand it, you didn't
13   when you found out --

14       A.    Because we were --

15       Q.    -- you were moving to final assembly?

16       A.    There was a transition, so it was --
17   we were advised by HR that it would not be
18   beneficial for either us or Ms. Kitchens for me to
19   do it, because I wouldn't be her direct supervisor
20   anymore.

21       Q.    And we were talking about the time
22   frame that you were her direct supervisor.

23       A.    Yes, ma'am.

24       Q.    And I just want to make sure that I've
25   got it correct.  And I'm going to ask you to look