Cynthia Kitchens v. The Boeing Company
Case No. 2:16-cv-03723-RMG-MGB
DEFENDANT THE BOEING COMPANY'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM

# EXHIBIT "E"

## EXCERPTS FROM THE DEPOSITION OF VICTOR IRWIN HASKELL, JR.

```
 1              IN THE UNITED STATES DISTRICT COURT
                   DISTRICT OF SOUTH CAROLINA
 2                     CHARLESTON DIVISION

 3   CYNTHIA KITCHENS,

 4        Plaintiff,

 5        vs.              CASE NO. 2:16-cv-03723-RMG-MGB

 6   THE BOEING COMPANY,

 7        Defendant.

 8

 9   DEPOSITION OF:      VICTOR IRWIN HASKELL, JR.

10   DATE:               August 4, 2017

11   TIME:               2:50 PM

12   LOCATION:           Nexsen Pruet
                         205 King Street, Suite 400
13                       Charleston, SC

14   TAKEN BY:           Counsel for the Plaintiff

15   REPORTED BY:        MARIE H. BRUEGGER, Registered
                         Professional Reporter, CRR
16   _____

17

18

19

20

21       A. WILLIAM ROBERTS, JR., & ASSOCIATES

22            Fast, Accurate & Friendly

23   Charleston, SC    Hilton Head, SC   Myrtle Beach, SC
     (843)722-8414     (843)785-3263     (843)839-3376
24
     Columbia, SC      Greenville, SC    Charlotte, NC
25   (803)731-5224     (864)234-7030     (704)573-3919
```

Kitchens, Cynthia v.                                  Victor Irwin Haskell, Jr.
Boeing Company                                        August 04, 2017

8

```
 1           Q.   Boeing's policies and procedures for
 2   HR.
 3           A.   For HR?
 4           Q.   Yeah.
 5           A.   Annual.
 6           Q.   How long did you supervise
 7   Ms. Kitchens?
 8           A.   I'm going to say maybe -- don't know
 9   exactly the date.  At the most, I'm going to say
10   two months.
11           Q.   And there will be questions that I ask
12   you that you may not know the answer to or you're
13   guessing.  Just let me know, okay.
14           A.   Okay.
15           Q.   And how did Ms. Kitchens come to be
16   supervised by you?
17           A.   Steve Parrinello was moved to final
18   assembly, Building 30, and I was on second shift,
19   so I took over all of Steve Parrinello's direct
20   reports, which was all of second shift and third
21   shift.
22           Q.   During the time that you supervised
23   her, did you have any performance issues with her?
24           A.   There were some, but not out of the
25   ordinary, not as far as performance, just some
```