Cynthia Kitchens v. The Boeing Company
Case No. 2:16-cv-03723-RMG-MGB
DEFENDANT THE BOEING COMPANY'S MOTION FOR SUMMARY JUDGMENT AND SUPPORTING MEMORANDUM

# EXHIBIT "G"

## INVESTIGATION CLOSURE

**CONFIDENTIAL INFORMATION SUBMITTED TO THE COURT IN CONNECTION WITH CONFIDENTIALITY ORDER FILED ON 1/06/17**