## Kitchens, Cynthia M

| | |
|---|---|
| **From:** | Haskell, Rocky |
| **Sent:** | Wednesday, April 06, 2016 10:44 PM |
| **To:** | Darnell, Tracy A; Kitchens, Cynthia M |
| **Cc:** | Pentz, Ronald J; Castleberry, Keith W |
| **Subject:** | RE: LN 442 shake / delivery |

Tracy,

It's all good and it's more about communication and building relationships based on integrity and trust. All we ask is in the future when you need assistance from an Inspector who works a different shift, or reports to another manager that you please go through the Inspector's Manager first. It's just common courtesy and it keeps everyone in the loop especially before we cancel any training or approve any OT that may be needed. We should always work together as one team and make decisions as one team to jointly meet the daily schedule of operations.

I also heard we worked an Inspector from 3rd shift onto 1st shift more than 12 consecutive hours (a double shift) and for the employee's well being regardless of business need we should never work anyone more than 12 consecutive hours. Working people more than 12 hours also puts Boeing at risk if (heaven forbid) anything happens to the employee on the way home from work. I would like to suggest that if you have gaps in critical training which could leave your team short because of an unexpected labor loss, please make sure you get additional people on your team scheduled for the training so you will have adequate support in the future.

Thanks again,

Rocky Haskell

2nd Shift Senior Quality Manager
787 AFT Body / Comp FAB / Mid Body
Bldgs. 88-19 and 88-20 Boeing South Carolina
Cell 314-705-0622

**From:** Darnell, Tracy A
**Sent:** Wednesday, April 06, 2016 7:05 AM
**To:** Jones, Matthew G; Kitchens, Cynthia M
**Cc:** Haskell, Rocky; Pentz, Ronald J; Castleberry, Keith W; Boland-Masterson, Jennifer L
**Subject:** RE: LN 442 shake / delivery

On 3/31/2016 Matt Jones was asked to make lead ship, AC 442, a priority due to the extent of open work and the ship date. He was asked to miss his training and reschedule it to help meet production needs for delivery. I am sorry for any confusion this has caused.

Thanks,

Tracy A. Darnell
*Quality Manager ~ Cell 40 Shake Team*

The Boeing Company
5400 international Blvd
North Charleston, SC 29418

1

| | |
|---|---|
| **From:** | Darnell, Tracy A |
| **Sent:** | Tuesday, December 1, 2015 6:29 AM |
| **To:** | Kitchens, Cynthia M; Gingras, Gordon L |
| **Subject:** | Desk |

For the last couple of days FOD and trash was left on my desk. I would appreciate if these items goes in the trash, not the desk. If you have issues with anything left from first shift take a picture so I can address it with the team.



*Regards,*

*Tracy A. Darnell*
*Quality Manager ~ Mid Body Cell 10*

The Boeing Company
5400 international Blvd
*North Charleston, SC 29418*
*787 Dreamliner*

**From:** Kitchens, Cynthia M
**Sent:** Tuesday, December 1, 2015 4:37 PM
**To:** Porter, Leprincess W
**Subject:** Fw: Trash left on desks

Leprincess. I need this to be recorded. It was been going on for while I have talk to Steve few times about this. My hands are shaking trying to type this. Tomorrow. If will call EEO if nothing is done. Thank you.

Sent from my BlackBerry 10 smartphone.

**From:** Kitchens, Cynthia M <cynthia.m.kitchens@boeing.com>
**Sent:** Tuesday, December 1, 2015 4:32 PM
**To:** Parrinello, Stephen J
**Subject:** Re: Trash left on desks

Steve, I'm very serious about being moved away from this hostel environments with Tracy Cleveland. am at my 21/2 year point of my 5 year recovery from my cancer. I should not be under stress. I can not let myself be in this stress everyday. I can not address thing that need done for fear of retaliation or attack. I asked you what I needed to do to make her happy. I had even said I would have a meeting with you Sue N Tracy.

Sent from my BlackBerry 10 smartphone.

**From:** Parrinello, Stephen J
**Sent:** Tuesday, December 1, 2015 4:07 PM
**To:** Kitchens, Cynthia M; Gingras, Gordon L
**Subject:** RE: Trash left on desks

Gordon,

Cindy has just stated this is from your personnel. Is this true.

Cindy,

If these things are being left from the other shift then you should be addressing this immediately with Gordon.

Respectfully,
*Steve Parrinello*
Sr. Quality Mgr.
Phone 843-789-8530
Cell  843-327-2755
Mid Body Assembly and Integration
10/20/30/40/50 2nd shift

"Success is simple. Do what's right, the right way, at the right time."

Arnold H. Glasow

1903 - 1998, American author & humorist

**From:** Kitchens, Cynthia M
**Sent:** Tuesday, December 01, 2015 4:05 PM
**To:** Parrinello, Stephen J
**Subject:** Re: Trash left on desks

Steve, these are items from the shift before. We do not want to throw things away that belong to others soda plastic silverware. The FOD is being left in the bags not sure where that comes from. If they do not mind we will just trash any thing we find in the area. We just put it there to let them take care of the items from there shift. When I clean back there I pick up and put items away as I find them.

It is getting harder and harder to know what to do. We do not want to step on toes so we don't throw there things away. If we put on the desk then we are wrong. This job is getting very hostel I'm not sure what to say or not say or do. It was never this hard. I think I need to be moved away from this area because I am not able to do my job with out retaliation. Please lets discuss where I can better fit. Thank you.
Sent from my BlackBerry 10 smartphone.

**From:** Parrinello, Stephen J
**Sent:** Tuesday, December 1, 2015 11:55 AM
**To:** Kitchens, Cynthia M
**Subject:** Trash left on desks

Cindy,

Can you please tell me who is leaving things like this on peoples desks? This is unacceptable.



Respectfully,

*Steve Parrinello*

Sr. Quality Mgr.
Phone 843-789-8530
Cell 843-327-2755
Mid Body Assembly and Integration
10/20/30/40/50 2nd shift

"Success is simple. Do what's right, the right way, at the right time."

Arnold H. Glasow

1903 - 1998, American author & humorist

**From:** Parrinello, Stephen J
**Sent:** Wednesday, December 2, 2015 1:24 PM
**To:** Porter, Leprincess W
**Subject:** Fw: Trash left on desks

Fyi

Sent from my BlackBerry 10 smartphone.

**From:** Kitchens, Cynthia M
**Sent:** Wednesday, December 2, 2015 1:22 PM
**To:** Parrinello, Stephen J
**Subject:** Re: Trash left on desks

Steve, you are not the person that I feel is causing the Hostel work place it's Tracy. I have no problem with you. Just need little more support so I can do my job well. Thank you.

Sent from my BlackBerry 10 smartphone.

**From:** Parrinello, Stephen J
**Sent:** Tuesday, December 1, 2015 4:59 PM
**To:** Kitchens, Cynthia M
**Subject:** RE: Trash left on desks

Cindy,
Moving you is not the answer if you feel that you are being retaliated against then we will work it out. But I also have spoken
to several personnel who have said that you have also been the aggressor in the situation. Sue and I will set up a meeting ASAP
to see you both.
**Respectfully,**
**Steve Parrinello**
**Sr. Quality Mgr.**
**Phone 843-789-8530**
**Cell 843-327-2755**
**Mid Body Assembly and Integration**
**10/20/30/40/50 2nd shift**
**"Success is simple. Do what's right, the right way, at the right time."**
**Arnold H. Glasow**
**1903 - 1998, American author & humorist**

From: Kitchens, Cynthia M
Sent: Tuesday, December 01, 2015 4:32 PM
To: Parrinello, Stephen J
Subject: Re: Trash left on desks
Steve, I'm very serious about being moved away from this hostel environments with Tracy Cleveland. am at my 21/2 year point of my 5 year recovery from my cancer. I should not be under stress. I can not let myself be in this stress everyday. I can not address thing that need done for fear of retaliation or attack. I asked you what I needed to do to make her happy. I had even said I would have a meeting with you Sue N Tracy.
Sent from my BlackBerry 10 smartphone.

1
CONFIDENTIAL                                           TBC/CK_001172

**From:** Parrinello, Stephen J
**Sent:** Tuesday, December 1, 2015 4:07 PM
**To:** Kitchens, Cynthia M; Gingras, Gordon L
**Subject:** RE: Trash left on desks

Gordon,
Cindy has just stated this is from your personnel. Is this true.
Cindy,
If these things are being left from the other shift then you should be addressing this immediately with Gordon.
**Respectfully,**
**Steve Parrinello**
**Sr. Quality Mgr.**
**Phone 843-789-8530**
**Cell 843-327-2755**
**Mid Body Assembly and Integration**
**10/20/30/40/50 2nd shift**
**"Success is simple. Do what's right, the right way, at the right time."**
**Arnold H. Glasow**
**1903 - 1998, American author & humorist**

**From:** Kitchens, Cynthia M
**Sent:** Tuesday, December 01, 2015 4:05 PM
**To:** Parrinello, Stephen J
**Subject:** Re: Trash left on desks

Steve, these are items from the shift before. We do not want to throw things away that belong to others soda plastic silverware. The FOD is being left in the bags not sure where that comes from. If they do not mind we will just trash any thing we find in the area. We just put it there to let them take care of the items from there shift. When I clean back there I pick up and put items away as I find them.
It is getting harder and harder to know what to do. We do not want to step on toes so we don't throw there things away. If we put on the desk then we are wrong. This job is getting very hostel I'm not sure what to say or not say or do. It was never this hard. I think I need to be moved away from this area because I am not able to do my job with out retaliation. Please lets discuss where I can better fit. Thank you.
Sent from my BlackBerry 10 smartphone.

**From:** Parrinello, Stephen J
**Sent:** Tuesday, December 1, 2015 11:55 AM
**To:** Kitchens, Cynthia M
**Subject:** Trash left on desks

Cindy,
Can you please tell me who is leaving things like this on peoples desks? This is unacceptable.



CONFIDENTIAL    TBC/CK_001173

Respectfully,
Steve Parrinello
Sr. Quality Mgr.
Phone 843-789-8530
Cell 843-327-2755
Mid Body Assembly and Integration
10/20/30/40/50 2nd shift
"Success is simple. Do what's right, the right way, at the right time."
Arnold H. Glasow
1903 - 1998, American author & humorist

3
CONFIDENTIAL                                    TBC/CK_001174

**From:** Parrinello, Stephen J
**Sent:** Tuesday, December 8, 2015 8:44 PM
**To:** Kitchens, Cynthia M
**Subject:** RE: problem

Cindy

I am willing to give my support but I do not have any information within the email that says anything was inappropriate.

Please read Teresa's email carefully, I do not see in anything that Teresa said that she was reprimanded, so I don't understand what Teresa is trying to say. Teresa never even said that Tracy was rude. Tracy asked a question and explained to her that she was tasked by a Senior manager to find out. Did you have a face to face with her? Did you give her a turnover when you saw her this morning so she could have asked you the question? Managers can ask employees questions as long as they are not rude or threatening toward them. If Teresa feels this didn't happen please ask her to contact Leprincess.

Respectfully,

*Steve Parrinello*

Sr. Quality Mgr.
Phone 843-789-8530
Cell 843-327-2755
Mid Body Assembly and Integration
10/20/30/40/50 2nd shift

"Success is simple. Do what's right, the right way, at the right time."

Arnold H. Glasow

1903 - 1998, American author & humorist

---

**From:** Kitchens, Cynthia M
**Sent:** Tuesday, December 08, 2015 8:22 PM
**To:** Parrinello, Stephen J
**Subject:** Fw: problem

Steve, this is where the conflict with Tracy is not letting me do me job. If this was any other manager. I understand she is a temp and has not had all the training on how to talk to employees as a manager. I could ask that manager to please come thru me for my employee. I'm not willing to open the storm that would come from me asking her this question. I would like to assure Terrie that I have her back as her manager. Do you have any input as my senior? I'm asking for your support.
Sent from my BlackBerry 10 smartphone.

**From:** Roumillat, Teresa T <teresa.t.roumillat@boeing.com>
**Sent:** Tuesday, December 8, 2015 7:48 AM
**To:** Kitchens, Cynthia M
**Subject:**

1
CONFIDENTIAL

TBC/CK_001175

Cynthia,

Do other Managers know that they are not allowed to give work to, reprimand or direct another Manager's employee?

Tracy came asking why I rejected a call & proceeded to tell me Susan Heikamp would probably want to know why... because she was tasked with the action item....

**First Pass Quality** – if the tool to verify the job is not at/with the job, I reject, as it means **the MT did not verify** PRIOR to Quality – which is required.

Just an FYI.


As Always,

*Terrie R*

*"What we have to sell to all our customers is ability.*
*Ability is not to be found in buildings and equipment, or in machines; the ability of The Boeing Company rests with the people who are Boeing."*
—William M. Allen, Boeing president/chairman, 1945-1972

**From:** Parrinello, Stephen J
**Sent:** Wednesday, December 9, 2015 2:13 PM
**To:** Porter, Leprincess W; Kitchens, Cynthia M
**Subject:** RE: Statement

Cindy,

This needs to be completed today and returned to Leprincess so she has it tomorrow morning.

Respectfully,

*Steve Parrinello*

Sr. Quality Mgr.
Phone 843-789-8530
Cell 843-327-2755
Mid Body Assembly and Integration
10/20/30/40/50 2nd shift

"Success is simple. Do what's right, the right way, at the right time."

Arnold H. Glasow

1903 - 1998, American author & humorist

---

**From:** Porter, Leprincess W
**Sent:** Wednesday, December 09, 2015 1:47 PM
**To:** Kitchens, Cynthia M
**Cc:** Parrinello, Stephen J
**Subject:** RE: Statement

Good Afternoon Cynthia,

I am not sure if you received my two voicemails that I left about our phone conversation in regards to Tracy. Please provide your statement against the allege allegations against Tracy. Please email the statement by COB tomorrow. Please let me know if you have any questions.

Thanks

**From:** Porter, Leprincess W
**Sent:** Wednesday, December 02, 2015 12:35 PM
**To:** Kitchens, Cynthia M
**Subject:** Statement

Good Afternoon Cynthia,

Please see attachment to provide a statement in regards to your email. Please let me know if you have any questions.

Thanks

1
CONFIDENTIAL                                              TBC/CK_001177

LePrincess Porter
HR Generalist
Quality Assurance
North Charleston, SC
843-207-3529



2
CONFIDENTIAL

TBC/CK_001178

| | |
|---|---|
| **From:** | Kitchens, Cynthia M |
| **Sent:** | Thursday, December 10, 2015 1:07 AM |
| **To:** | Porter, Leprincess W |
| **Subject:** | RE: Statement |

Hello Leprincess, Yes I heard the phone ring when I had just went to bed. Then again while I was sleeping it is hard to receive calls after working all night. I listen to your voice mail the other night when you said call when you get this it was 12am so I did not call you back. Steve said I had to finishes this form tonight I will try. I have my tablet at home that I need to write this letter I am not feeling very good tonight felt sick I tried to come in and make it work but, I think that I might have to go home. I will have this to you by Friday 11th AM thank you for understanding.

*Cynthia M Kitchens*
**Quality Manager**
**843-327-2192 cell 10**
**Cynthia.m.kitchens@Boeing.com**

**It is the friends we meet along life's path that help us appreciate the Journey.**

**From:** Porter, Leprincess W
**Sent:** Wednesday, December 09, 2015 1:47 PM
**To:** Kitchens, Cynthia M
**Cc:** Parrinello, Stephen J
**Subject:** RE: Statement

Good Afternoon Cynthia,

I am not sure if you received my two voicemails that I left about our phone conversation in regards to Tracy. Please provide your statement against the allege allegations against Tracy. Please email the statement by COB tomorrow. Please let me know if you have any questions.

Thanks

**From:** Porter, Leprincess W
**Sent:** Wednesday, December 02, 2015 12:35 PM
**To:** Kitchens, Cynthia M
**Subject:** Statement

Good Afternoon Cynthia,

Please see attachment to provide a statement in regards to your email. Please let me know if you have any questions.

Thanks

LePrincess Porter
HR Generalist
Quality Assurance

North Charleston, SC
843-207-3529



**From:** Kitchens, Cynthia M
**Sent:** Sunday, December 13, 2015 10:15 PM
**To:** Porter, Leprincess W
**Subject:** Re: Meeting Request

Approved

Sent from my BlackBerry 10 smartphone.

**From:** Porter, Leprincess W
**Sent:** Friday, December 11, 2015 2:41 PM
**To:** Kitchens, Cynthia M
**Cc:** Parrinello, Stephen J
**Subject:** Meeting Request

Good Afternoon Cynthia,

I would like to schedule a meeting with you and Teresa at 5:00 a.m. I would also like to schedule a second meeting with you at 5:30a.m. with Tracy, Sue, and Steve on Monday. I will send you a calendar invite for both meetings. Please let me know if those time frames will work.

Thanks

**From:** Kitchens, Cynthia M
**Sent:** Friday, December 11, 2015 2:32 AM
**To:** Porter, Leprincess W
**Subject:** RE: Statement

Thank you

*Cynthia M Kitchens*
**Quality Manager**
**843-327-2192 cell 10**
**Cynthia.m.kitchens@Boeing.com**

**It is the friends we meet along life's path that help us appreciate the Journey.**

**From:** Porter, Leprincess W
**Sent:** Wednesday, December 09, 2015 1:47 PM
**To:** Kitchens, Cynthia M
**Cc:** Parrinello, Stephen J
**Subject:** RE: Statement

Good Afternoon Cynthia,

I am not sure if you received my two voicemails that I left about our phone conversation in regards to Tracy. Please provide your statement against the allege allegations against Tracy. Please email the statement by COB tomorrow. Please let me know if you have any questions.

Thanks

**From:** Porter, Leprincess W
**Sent:** Wednesday, December 02, 2015 12:35 PM
**To:** Kitchens, Cynthia M
**Subject:** Statement

Good Afternoon Cynthia,

Please see attachment to provide a statement in regards to your email. Please let me know if you have any questions.

Thanks

LePrincess Porter
HR Generalist
Quality Assurance
North Charleston, SC
843-207-3529



**From:** Parrinello, Stephen J
**Sent:** Monday, December 14, 2015 9:35 AM
**To:** Kitchens, Cynthia M
**Cc:** Porter, Leprincess W
**Subject:** CA

Cindy,

Just sending you this email as documentation that you were issued a verbal warning in reference the interactions between you and your peer.

Respectfully,

*Steve Parrinello*

Sr. Quality Mgr.
Phone 843-789-8530
Cell 843-327-2755
Mid Body Assembly and Integration
10/20/30/40/50 2nd shift

"Success is simple. Do what's right, the right way, at the right time."

Arnold H. Glasow

1903 - 1998, American author & humorist

| | |
|---|---|
| **From:** | Heitkamp, Sue E |
| **Sent:** | Monday, December 14, 2015 10:26 AM |
| **To:** | Darnell, Tracy A; Kitchens, Cynthia M; Parrinello, Stephen J; Porter, Leprincess W |
| **Cc:** | Heitkamp, Sue E |
| **Subject:** | Tracy Darnell and Cynthia Kitchens |

Steve Parrinello and I held a meeting at 5:30 this morning with Leprincess Porter, Tracy Darnell & Cynthia Kitchens in attendance to discuss the ongoing conflict between Tracy and Cynthia. We took time to listen to both individuals on their concerns on how they felt they were being treated by the opposing party. Steve and I went on to provide what our expectations were for both individuals as managers and how they are to better communicate going forward.

Steve and I communicated to both individuals that this level setting meeting was being documented as a verbal corrective action. Both parties acknowledged that they understood.

*Sue E. Heitkamp*
*Sr. Manager Quality*
*Charleston Mid Body A&I*
*(843) 207-5770 - Desk*
*(843) 302-6261 - Cell*

*"We are what we repeatedly do. Excellence, then, is not an act, but a habit."*

*Aristotle*